```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                              Case No. 19-05256-RNO
Heidi V. Cook                                                       Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 1     Date Rcvd: May 21, 2020
                  Form ID: pdf010     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2020.
db           +Heidi V. Cook,    219 South Street,    Minersville, PA 17954-1618

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2020 at the address(es) listed below:
            Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
            David S. Gellert    on behalf of Debtor 1 Heidi V. Cook dsgrdg@ptdprolog.net
            James    Warmbrodt    on behalf of Creditor   NewRez LLC d/b/a Shellpoint Mortgage Servicing
             bkgroup@kmllawgroup.com
            James M Smith    on behalf of Creditor   Berks Fire Water Restorations, Inc jsmith@smithlawgrp.com,
             mnoyes@smithlawgrp.com
            United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                                                               TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Heidi V. Cook aka Heidi V. Luna<br>Debtor(s)<br><br>NewRez LLC d/b/a Shellpoint Mortgage Servicing<br>Movant<br>vs.<br><br>Heidi V. Cook aka Heidi V. Luna<br>Debtor(s)<br><br>Charles J. DeHart, III Esq.<br>Trustee | CHAPTER 13<br><br><br><br>NO. 19-05256 RNO<br><br><br><br>11 U.S.C. Section 362 |

## ORDER

Upon consideration of Movant's Motion for Relief from the Automatic Stay, after hearing held on May 20, 2020, it is:

ORDERED that the Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 219 South Street AKA 218 Coal Street, Minersville, PA 17954 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

Dated: May 20, 2020

By the Court,

*[signature]*

Robert N. Opel, II, Bankruptcy Judge <sup>BI</sup>