```
United States Bankruptcy Court
   Middle District of Pennsylvania
```

In re:                                                                    Case No. 19-05256-RNO
Heidi V. Cook                                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5         User: AutoDocke         Page 1 of 1              Date Rcvd: Jun 03, 2020
                             Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 05, 2020.
db            +Heidi V. Cook,   219 South Street,   Minersville, PA 17954-1618

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 3, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              David S. Gellert     on behalf of Debtor 1 Heidi V. Cook dsgrdg@ptdprolog.net
              James  Warmbrodt     on behalf of Creditor   NewRez LLC d/b/a Shellpoint Mortgage Servicing
               bkgroup@kmllawgroup.com
              James M Smith     on behalf of Creditor   Berks Fire Water Restorations, Inc jsmith@smithlawgrp.com,
               mnoyes@smithlawgrp.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| HEIDI V. COOK | : | |
| | : | Case No. 5-19-bk-05256 RNO |
| Debtor(s) | : | Docket No. 33 |
| | : | |
| | : | First Amended Chapter 13 Plan |

## ORDER DENYING CONFIRMATION

Upon consideration of the Debtor's First Amended Chapter 13 Plan, after hearing held on June 3, 2020, it is

ORDERED that that confirmation of Debtor's First Amended Chapter 13 Plan is DENIED.

Dated: June 3, 2020

By the Court,

Robert N. Opel, II, Bankruptcy Judge (BI)