# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: HEIDI V. COOK AKA: HEIDI V. LUNA
      Debtor(s)

CHARLES J. DEHART, III                CHAPTER 13
CHAPTER 13 TRUSTEE
      Movant

vs.                                                 CASE NO: 5-19-05256-RNO

HEIDI V. COOK AKA: HEIDI V. LUNA
      Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on July 7, 2020, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, by and through his attorney Agatha R. McHale, Esquire, and respectfully represents the following:

1. An Amended Plan was filed on March 24, 2020.

2. A hearing was held and an Order was entered on June 3, 2020, denying plan confirmation.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

                                                    Respectfully submitted,

                                                    s/   Agatha R. McHale, Esq.
                                                    Id:   47613
                                                    Attorney for Trustee
                                                    Charles J. DeHart, III
                                                    Standing Chapter 13 Trustee
                                                    Ste. A, 8125 Adams Drive
                                                    Hummelstown, PA   17036
                                                    Ph.   717-566-6097
                                                    Fax. 717-566-8313
                                                    eMail: amchale@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | HEIDI V. COOK<br>AKA: HEIDI V. LUNA | CHAPTER 13 |
| | Debtor(s) | |
| | CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE | CASE NO: 5-19-05256-RNO |
| | Movant | |

## NOTICE

NOTICE IS HEREBY GIVEN that Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

| | |
|---|---|
| U.S. Bankruptcy Court<br>Max Rosenn U.S. Courthouse<br>Courtroom #2<br>197 S. Main Street<br>Wilkes Barre, PA | Date: August 19, 2020<br><br>Time: 09:30 AM |

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097
Email:  dehartstaff@pamd13trustee.com

Dated:  July 7, 2020

| | |
|---|---|
| IN RE: HEIDI V. COOK<br>AKA: HEIDI V. LUNA<br><br>Debtor(s)<br>CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE<br>Movant<br>HEIDI V. COOK<br>AKA: HEIDI V. LUNA<br><br>Respondent(s) | CHAPTER 13<br><br>CASE NO: 5-19-05256-RNO |

### CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on July 7, 2020, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| DAVID S. GELLERT, ESQUIRE<br>3506 PERKIOMEN AVENUE<br>READING, PA 19606- | Served electronically |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA 17101 | Served electronically |
| HEIDI V. COOK<br>219 SOUTH STREET<br>MINERSVILLE, PA 17954 | Served by 1st Class Mail |

I certify under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Date: July 7, 2020 | Respectfully,<br>Vickie Williams<br>for Charles J. DeHart, III, Trustee<br>Suite A, 8125 Adams Dr.<br>Hummelstown, PA 17036<br>Phone: (717) 566-6097<br>eMail: dehartstaff@pamd13trustee.com |

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: HEIDI V. COOK
AKA: HEIDI V. LUNA

Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

HEIDI V. COOK
AKA: HEIDI V. LUNA

CASE NO: 5-19-05256-RNO

Respondent(s)

## ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.