UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|    HEIDI V. COOK | : | Bankruptcy No. 5-19-05256 RNO |
|    aka HEIDI V. LUNA | : | |
| | : | Chapter 13 |
|         Debtor | : | |

## **ORDER**

Upon consideration of the Trustee's Motion to Dismiss, it is hereby

**ORDERED** that the above-captioned bankruptcy be and hereby is dismissed. It is further

**ORDERED** that this Court shall retain jurisdiction with respect to the Motion to Allow Debtor's Counsel's Fees and Expenses as an Administrative Expense Pursuant to 11 U.S.C. §§ 1326(a)(2) and 503(b)(2) filed by Debtor's counsel on July 14, 2020.