In re:  
Heidi V. Cook  
    Debtor

Case No. 19-05256-RNO  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2      Date Rcvd: Aug 20, 2020  
                         Form ID: pdf010      Total Noticed: 60

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2020.

```
db              +Heidi V. Cook,    219 South Street,    Minersville, PA 17954-1618
5280328         +Albert J. Evans, Esquire,    Fanelli, Evans, and Patel, P.C.,    1 Mahantongo Street,
                  Pottsville, PA 17901-3083
5280330          Berkheimer,    P. O. Box 25153,    Lehigh Valley, PA 18002-5153
5292484          Berkheimer,    c/o David R. Gordon, Esq.,    1883 Jory Road,    Pen Argyl, PA 18072
5280329          Berkheimer,    P. O. Box 21690,    Lehigh Valley, PA 18002-1690
5280331         +Berks Fire Water Restorations,    1145 Commons Blvd.,    Reading, PA 19605-3334
5280332         +Boran Dental Associates,    c/o Jeffrey P. Bowe, Esq.,    109 W. Broad St.,
                  Tamaqua, PA 18252-1916
5280333         +Borough of Minersville,    Two E. Sunbury St.,    Minersville, PA 17954-1799
5280334         +CACL Federal Credit Union,    401 Beechwood Ave.,    Mar Lin, PA 17951-9800
5280335        ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
                 (address filed with court: Caine & Weiner,     P. O. Box 55848,    Sherman Oaks, CA 91411)
5280336         +Caine & Weiner Company Inc.,    5805 Sepulveda Blvd.,    Fourth Fl.,
                  Sherman Oaks, CA 91411-2546
5292794          Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
5292041         +Christopher W. Reed,    232 Middle Avenue PO Box 46,    Locustdale, PA 17945-0046
5280339          Christopher W. Reed,    41 Middle St.,    Locustdale, PA 17945
5280340         +Conam,   1655 E. Sahara Ave.,    Las Vegas, NV 89104-3417
5280344         +Ditech Financial LLC,    3000 Bayport Drive,    Suite 880,    Tampa, FL 33607-8409
5280346         +First Premier Bank,    3820 N. Louise Ave.,    Sioux Falls, SD 57107-0145
5280347         +Geisinger Clinic,    100 N. Academy Ave.,    Danville, PA 17822-0001
5290160         +Geisinger Health System,    100 N Academy Ave.,    Danville PA 17822-0001
5280348          Geisinger Medical Center,    100 N. Academy Ave.,    Danville, PA 17822-3941
5280350         +Joe Moore Plumbing & Heating,    193 Main St.,    Pottsville, PA 17901-4018
5280351          Joel Ready, Esq.,    Smith Law Group LLC,    P. O. Box 626,    Fleetwood, PA 19522-0626
5280357         +MRS BPO, LLC,    1930 Olney Avenue,    Cherry Hill, NJ 08003-2016
5302578          NewRez LLC DBA Shellpoint Mortgage Serv,    P.O. Box 10826,    Greenville, SC 29603-0826
5280359          PPL Electric Utilities,    827 Hausman Rd.,    Allentown, PA 18104-9392
5280358         +Phillip J. Swavely,    1409 Village Rd.,    Orwigsburg, PA 17961-9663
5280360         +Radius Global Solutions LLC,    7831 Glenroy Rd.,    Minneapolis, MN 55439-3117
5280361         +Rebecca A. Solarz, Esquire,    KML Law Group, PC,    701 Market St., Ste. 5000,
                  Philadelphia, PA 19106-1541
5280363          Social Security Admin.,    Office of Financial Policy,    6401 Security Blvd.,
                  Woodlawn, MD 21235
5280365         +Sterling Sahara Apartments,    1655 E. Sahara Ave.,    Las Vegas, NV 89104-3417
5280368         +Thomas G. Morgan,    P. O. Box 113,    Hegins, PA 17938-0113
5280371         +Xfinity,   2777 Papermill Rd.,    Wyomissing, PA 19610-3329
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 20 2020 20:02:36
                  PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5300522         +E-mail/Text: g20956@att.com Aug 20 2020 19:49:53     AT&T Mobility II LLC,
                  %AT&T SERVICES INC.,    KAREN A. CAVAGNARO PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
                  BEDMINSTER,, NJ 07921-2693
5280338         +E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 20 2020 19:49:59     CCS Collections,
                  725 Canton St.,    Newton, MA 02062-2679
5282977         +E-mail/Text: documentfiling@lciinc.com Aug 20 2020 19:49:25     COMCAST,   PO BOX 1931,
                  Burlingame, CA 94011-1931
5280337          E-mail/PDF: gecsedi@recoverycorp.com Aug 20 2020 20:02:31     CareCredit,    Synchrony Bank,
                  P. O. Box 965036,    Orlando, FL 32896-5036
5280341         +E-mail/Text: CCICollectionsGlobalForms@cox.com Aug 20 2020 19:49:53     Cox Communications,
                  1700 Vegas Dr.,    Las Vegas, NV 89106-4343
5280342         +E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 20 2020 19:49:59
                  Credit Collection Services,    P. O. Box 710,    Norwood, MA 02062-0710
5280343          E-mail/PDF: creditonebknotifications@resurgent.com Aug 20 2020 20:02:33     Credit One Bank,
                  P. O. Box 98872,    Las Vegas, NV 89193-8872
5292513          E-mail/Text: G06041@att.com Aug 20 2020 19:49:50     Directv, LLC,
                  by American InfoSource as agent,    PO Box 5008,    Carol Stream, IL  60197-5008
5280345          E-mail/Text: bnc-bluestem@quantum3group.com Aug 20 2020 19:49:54     Fingerhut/Web Bank,
                  6250 Ridgewood Rd.,    Saint Cloud, MN 56303-0820
5280349          E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 20 2020 19:49:48     Jefferson Capital Systems,
                  16 Mcleland Rd.,    Saint Cloud, MN 56303
5297585          E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 20 2020 19:49:48     Jefferson Capital Systems LLC,
                  Po Box 7999,    Saint Cloud Mn 56302-9617
5280352         +E-mail/Text: PBNCNotifications@peritusservices.com Aug 20 2020 19:49:27     Kohl's Dept. Store,
                  P. O. Box 3115,    Milwaukee, WI 53201-3115
5280353         +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 20 2020 20:02:57     LVNV Funding LLC,
                  Resurgent Capital Services,    P. O. Box 1269,    Greenville, SC 29602-1269
5280354         +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 20 2020 20:03:18     LVNV Funding LLC,
                  625 Pilot Rd., Ste. 2/3,    Las Vegas, NV 89119-4485
5288300          E-mail/PDF: resurgentbknotifications@resurgent.com Aug 20 2020 20:03:00     LVNV Funding, LLC,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
5280355        +E-mail/Text: rcpsbankruptcynotices@parallon.com Aug 20 2020 19:50:01     Medicredit Corporation,
                 P. O. Box 1629,    Maryland Heights, MO 63043-0629
5280356        +E-mail/Text: rcpsbankruptcynotices@parallon.com Aug 20 2020 19:50:01     Medicredit, Inc.,
                 111 Corp Office Dr. Ste. 200,    Earth City, MO 63045-1506
5297178        +E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 20 2020 19:49:48     Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
5280362         E-mail/Text: bankruptcy@sccompanies.com Aug 20 2020 19:50:04     Seventh Avenue,
                 1112 Seventh Ave.,     Monroe, WI 53566-1364
5280364         E-mail/Text: philadelphia.bnc@ssa.gov Aug 20 2020 19:49:50     Social Security Admin.,
                 Mid-Atlantic Program Svc Ctr,    300 Spring Garden St.,    Philadelphia, PA 19123-2992
5288104        +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 20 2020 20:02:59
                 Sunrise Hospital And Medical Center,    Resurgent Capital Services,    PO Box 1927,
                 Greenville, SC 29602-1927
5280366        +E-mail/Text: bankruptcy@sccompanies.com Aug 20 2020 19:50:04     Swiss Colony,
                 1515 S. 21st St.,    Clinton, IA 52732-6676
5280367         E-mail/Text: bankruptcy@sccompanies.com Aug 20 2020 19:50:04     Swiss Colony,
                 1112 Seventh Ave.,     Monroe, WI 53566-1364
5280814        +E-mail/PDF: gecsedi@recoverycorp.com Aug 20 2020 20:03:10     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5280369        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 20 2020 19:49:20
                 Verizon,    P. O. Box 650584,    Dallas, TX 75265-0584
5299342         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 20 2020 20:03:01     Verizon,
                 by American InfoSource as agent,    PO Box 4457,    Houston, TX  77210-4457
5280370         E-mail/Text: documentfiling@lciinc.com Aug 20 2020 19:49:22     Xfinity,    P. O. Box 21129,
                 Eagan, MN 55121-0129
                                                                                               TOTAL: 28

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Berks Fire Water Restorations, Inc,    1145 Commons Blvd,    Reading, PA 19605-3334
5287288*       +Berks Fire Water Restorations, Inc.,    1145 Commons Blvd,    Reading, PA 19605-3334
5300630*       +Synchrony Bank,    c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
                                                                                   TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 20, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
              David S. Gellert    on behalf of Debtor 1 Heidi V. Cook dsgrdg@ptdprolog.net
              James  Warmbrodt    on behalf of Creditor   NewRez LLC d/b/a Shellpoint Mortgage Servicing
               bkgroup@kmllawgroup.com
              James M Smith    on behalf of Creditor   Berks Fire Water Restorations, Inc
               jsmith@smithbukowski.com, mnoyes@smithlawgrp.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                           TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: HEIDI V. COOK
AKA: HEIDI V. LUNA

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

HEIDI V. COOK
AKA: HEIDI V. LUNA

Respondent(s)

CHAPTER 13

CASE NO: 5-19-05256-RNO

## ORDER

Upon consideration of the Trustee's Motion to Dismiss Case Because Plan is Unconfirmable, after hearing held on August 19, 2020, it is

ORDERED that the Motion is GRANTED and the above-captioned bankruptcy is DISMISSED.

Dated: August 19, 2020

By the Court,

Robert N. Opel, II, Bankruptcy Judge  BI